NICHOLAS DISPENZIERE, Respondent, v. MORRIS SAHN, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOHN S. DORIAN, Respondent, v. CORA M. DORIAN, Appellant.— Order framing issues for trial by jury modified by striking out the fifth question contained therein, and inserting in place thereof the issues presented by the second bill of particulars furnished by the plaintiff, and as so modified, order affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MICHAEL J. FAY, as Administrator, etc., of JAMES FAY, Deceased, Respondent, v. J. B. PAWSON & Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOSEPH C. GEISER, Respondent, v. LINCOLN C. ANDREWS, as Receiver, etc., of the NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GOLDER PARK, INC., Respondent, v. INDEPENDENCE INDEMNITY COMPANY, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

NELSON B. HADLEY, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

BENJAMIN HANTMAN, Respondent, v. HARRY KOPLOWITZ and Others, Appellants. — Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ANNA JOHNSEN, Respondent, v. B. F. KEITH'S NEW YORK THEATRES COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ARTHUR C. LEACH, as Trustee in Bankruptcy, etc., Respondent, v. ELLA HORNIK, Appellant, Impleaded with Another, Defendant.— Order restraining defendant Hornik from disposing of a sum of money in her possession affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

SAMUEL LEVKOFF and Another, Appellants, v. ROSE GUTTERMAN, Respondent.— Order granting defendant's motion to dismiss the complaint reversed upon the law, with ten dollars costs and disbursements, and motion for dismissal of complaint denied, with ten dollars costs. The complaint is framed upon the basis that the money deposited with the defendant was on the express condition that a contract was to be thereafter made between the parties. No contract was thereafter made, hence the condition provided for arose which entitled plaintiffs to a return of their money. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.